UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JAMES R. EZZELL,　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　**JUDGMENT IN A CIVIL CASE**
　　　v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　**CASE NO. 7:14-CV-251-D**
CAROLYN W. COLVIN, Acting Commissioner　)
of Social Security,　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　　　　)

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** plaintiff's objections to the M&R [D.E. 35] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 26] is DENIED, defendant's motion for judgment on the pleadings [D.E. 31] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on March 28, 2016, and Copies To:**

Charlotte Williams Hall　　　　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

Jeannette M. Mandycz　　　　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

March 28, 2016　　　　　　　　　　　　(By)  /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　　 Deputy Clerk