UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES EZZELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:14-CV-251-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff the sum of Eleven Thousand, One Hundred Ninety-Eight and 25/100 ($11,198.25), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, PO Box 10629, Raleigh, North Carolina 27605, in accordance with Plaintiff's assignment to his attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on September 7, 2017, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Kaba-Kabi A. Kazadi | (via CM/ECF electronic notification) |

DATE:
September 7, 2017

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Briggeman
Deputy Clerk