UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES EZZELL, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br>     Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:14-CV-251-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel shall be awarded fees under 42 U.S.C. § 406(b) in the amount of $12,197.00, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on August 1, 2019, and Copies To:**
Charlotte Williams Hall                                   (via CM/ECF electronic notification)
Kaba-Kabi A. Kazadi                                        (via CM/ECF electronic notification)

DATE:                                       PETER A. MOORE, JR., CLERK
August 1, 2019                            (By) /s/ Nicole Sellers
                                                    Deputy Clerk